FILED
JUN 10 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLARKE A. REPOSA, SR. (F/V DONA MARIA);**
**TODD CHAPPELL, AND REPOSA FISHERIES, INC.,**
**(F/V SISTER ALICE)**

**PLAINTIFFS**

**vs** **C.A. No: 04-494S**

**THE UNITED STATES OF AMERICA,**
**acting by and through,**

**DONALD L. EVANS, in capacity as**
**SECRETARY OF COMMERCE, and**

**CONRAD C. LAUTENBACHER, JR., in capacity as**
**UNDERSECRETARY OF COMMERCE AND**
**NOAA ADMINISTRATOR**

**DEFENDANTS**

## MOTION FOR MODIFICATION OF PRETRIAL ORDER

Now come Plaintiff's Clarke A. Reposa, Sr., Todd Chappell, and Reposa Fisheries, Inc., by their counsel, and pursuant to Civ.R. 16, respectfully request Modification of the Court's Pretrial Order entered February 22, 2005 as therafter modified by Motion granted May 3, 2005 to extend the filing dates thereof, from June 13, 2005 until July 13, 2005 for Plaintiffs to file their Motion for Summary Judgment; and from July 18, 2005 to August 29, 2005 for Defendant to file its reply to said Motion, saying in support thereof:

1. Good cause exists for the requested Modification. Counsel is reliant upon public access Lexis/Nexis for his legal

research in this matter, which heretofore was available on a remote access basis from the URI library databases. A recent policy change has terminated all database remote access privileges, requiring all such research to be performed **on-site** in the URI Kingston campus library. Due to University imposed schedule constraints limiting such access, Counsel has not yet been able to complete his required research and commence the drafting and preparation of his required Motion and Memorandum.

2. This Motion and its modified filing dates have been specifically discussed today with Counsel for Defendant, who due to his prospective government travel schedule, has no objection to the granting of same.

For all the foregoing reasons, it is respectfully requested that within requested Modification of Pretrial Order be granted.

Respectfully submitted,
PLAINTIFFS,
CLARKE A. REPOSA, SR.,
TODD CHAPPELL AND
REPOSA FISHERIES, INC.,
by their Counsel,

Leonard L. Bergersen, Esq.
Registration No. 2839
1070 Kingstown Road
Peace Dale, RI 02879-2431
(401) 789-5345
Fax: (401) 783-8880

Dated: June 9, 2005

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within Motion was filed with the Court by mailing same, first-class postage prepaid, this 9th day of June, 2005 addressed to:

Clerk, U.S. District Court
One Exchange Terrace
Providence, RI 02903

with a true copy thereof also mailed, first-class postage prepaid, addressed to:

Anthony C. DiGioia, Esq.
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903; and

J. Mitch MacDonald, Esq.
Enforcement Attorney
NOAA Office of the General Counsel, Northeast
One Blackburn Drive
Gloucester, MA 01930-2298

Leonard L. Bergersen