**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLARKE A. REPOSA, SR. (F/V DONA MARIA);**
**TODD CHAPPELL, AND REPOSA FISHERIES, INC.,**
**(F/V SISTER ALICE)**
**PLAINTIFFS**

**vs** **C.A. No: 04-494S**

**THE UNITED STATES OF AMERICA,**
**acting by and through,**

**DONALD L. EVANS, in capacity as**
**SECRETARY OF COMMERCE, and**

**CONRAD C. LAUTENBACHER, JR., in capacity as**
**UNDERSECRETARY OF COMMERCE AND**
**NOAA ADMINISTRATOR**
**DEFENDANTS**

**MOTION FOR MODIFICATION OF PRETRIAL ORDER**

Now come Plaintiff's Clarke A. Reposa, Sr., Todd Chappell, and Reposa Fisheries, Inc., by their counsel, and pursuant to Civ.R. 16, respectfully request further Modification of the Court's Pretrial Order entered February 22, 2005, as thereafter modified by Motion last granted June 17, 2005 to extend the filing dates thereof, from July 13, 2005 until August 3, 2005 for Plaintiffs to file their Motion for Summary Judgment; and from August 29, 2005 to September 19, 2005 for Defendant to file its reply to said Motion, saying in support thereof:

1. Good cause exists for the requested Modification. Counsel's reliance upon public access Lexis/Nexis for legal research in this matter, which must be performed **on-site** in the

URI Kingston campus library has been significantly hampered by University summer schedule constraints limiting access, and the ongoing demands of other pending cases of clients in the state and federal fisheries. Though well advanced, all research is not yet complete and drafting of the required Motion and Memorandum is now only at an early stage.

2. The substance of this Motion and its modified filing dates have been specifically communicated by voice-mail of this date to Counsel for Defendant for any objection to same.

For all the foregoing reasons, it is respectfully requested that within requested Modification of Pretrial Order be granted.

Respectfully submitted,
PLAINTIFFS,
CLARKE A. REPOSA, SR.,
TODD CHAPPELL AND
REPOSA FISHERIES, INC.,
by their Counsel,

Leonard L. Bergersen, Esq.
Registration No. 2839
1070 Kingstown Road
Peace Dale, RI 02879-2431
(401) 789-5345
Fax: (401) 783-8880

Dated: July 11, 2005

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within Motion was filed with the Court by mailing same, first-class postage prepaid, this 11th day of July, 2005 addressed to:

Clerk, U.S. District Court
One Exchange Terrace
Providence, RI 02903

with a true copy thereof also mailed, first-class postage prepaid, addressed to:

Anthony C. DiGioia, Esq.
Assistant U.S. Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903; and

J. Mitch MacDonald, Esq.
Enforcement Attorney
NOAA Office of the General Counsel, Northeast
One Blackburn Drive
Gloucester, MA 01930-2298

Leonard L. Bergersen