**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AUG 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**CLARKE A. REPOSA, SR. (F/V DONA MARIA); TODD CHAPPELL, AND REPOSA FISHERIES, INC., (F/V SISTER ALICE)**
**PLAINTIFFS**

**vs** **C.A. No: 04-494S**

**THE UNITED STATES OF AMERICA, acting by and through,**

**DONALD L. EVANS, in capacity as SECRETARY OF COMMERCE, and**

**CONRAD C. LAUTENBACHER, JR., in capacity as UNDERSECRETARY OF COMMERCE AND NOAA ADMINISTRATOR**
**DEFENDANTS**

**MOTION FOR MODIFICATION OF PRETRIAL ORDER**

Now come Plaintiff's Clarke A. Reposa, Sr., Todd Chappell, and Reposa Fisheries, Inc., by their counsel, and pursuant to Civ.R. 16, respectfully request Modification of the Court's Pretrial Order entered February 22, 2005, as thereafter modified by Motion granted July 13, 2005 to further extend the filing dates thereof, from August 3, 2005 until August 24, 2005 for Plaintiffs to file their Motion for Summary Judgment; and from September 19, 2005 to October 19, 2005 for Defendant to file its reply to said Motion, saying in support thereof:

1. Good cause exists for the requested Modification. While Counsel's URI on-site legal research, is largely complete drafting of the required Motion and Memorandum still remains at

an early stage. Counsel's labors have been significantly impeded by the still ongoing visit of his sister from Raleigh, NC who arrived Thursday last on less that 48 hours notice, and the cruise-type virus she apparently brought with her which has incapacitated Counsel since Sunday. Counsel's medical prognosis is that said virus should run its major course in about a week, with lingering symptoms for up to some three weeks in total.

2. The substance of this Motion and its modified filing dates have been specifically communicated by voice-mail of this date to Counsel for Defendant for any objection to same.

For the foregoing reasons, it is respectfully requested that within requested Modification of Pretrial Order be granted.

GRANTED
WAMM 8/4/05
William E. Smith
U.S. District Judge
No further extensions

Respectfully submitted,
PLAINTIFFS,
CLARKE A. REPOSA, SR.,
TODD CHAPPELL AND
REPOSA FISHERIES, INC.,
by their Counsel,

Leonard L. Bergersen, Esq.
Registration No. 2839
1070 Kingstown Road
Peace Dale, RI 02879-2431
(401) 789-5345
Fax: (401) 783-8880

Dated: August 2, 2005