**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLARKE A. REPOSA, SR. (F/V DONA MARIA);**
**TODD CHAPPELL, AND REPOSA FISHERIES, INC.,**
**(F/V SISTER ALICE)**
**PLAINTIFFS**

**vs** **C.A. No: 04-494S**

**THE UNITED STATES OF AMERICA,**
**acting by and through,**

**DONALD L. EVANS, in capacity as**
**SECRETARY OF COMMERCE, and**

**CONRAD C. LAUTENBACHER, JR., in capacity as**
**UNDERSECRETARY OF COMMERCE AND**
**NOAA ADMINISTRATOR**
**DEFENDANTS**

FILED AUG 24 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

**MOTION FOR FINAL MODIFICATION TO PRETRIAL ORDER**

Now come Plaintiff's Clarke A. Reposa, Sr., Todd Chappell, and Reposa Fisheries, Inc., by their counsel, and pursuant to Civ.R. 16, respectfully request a FINAL MODIFICATION of the Court's Pretrial Order entered February 22, 2005, as thereafter modified by Motions granted to extend the filing dates thereof, for a final time from August 24, 2005 until September 7, 2005 for Plaintiffs to file their Motion and Memorandum for Summary Judgment; and from October 19, 2005 to November 2, 2005 for Defendant to file its reply to said Motion, saying in support thereof:

1. Very good cause exists for the requested Modification. Counsel's prior medical diagnosis of a transient virus, has since

been modified and now determined to be in fact LYME DISEASE, upon the subsequent eruption of a tell-tale "Erythema Migrans". Between disease symptomatic chronic fatigue and significant side effects of severe gastro-intestinal distress incident to the prescribed thirty (30) day course of Doxycycline antibiotic therapy, Counsel has been largely incapacitated and only this week has improved to significant mobility and ability to engage in constructive effort toward completion of his required tasking.

2. The substance of this Final Motion and its modified filing dates have been specifically communicated by voice-mail of this date to Counsel for Defendant for any objection to same.

For the foregoing reasons, it is most respectfully requested that the within requested Final Modification of Pretrial Order be granted.

Respectfully submitted,
PLAINTIFFS,
CLARKE A. REPOSA, SR.,
TODD CHAPPELL AND
REPOSA FISHERIES, INC.,
by their Counsel,

GRANTED – final extension!

William E. Smith
U.S. District Judge
8/25/05

Leonard L. Bergersen, Esq.
Registration No. 2839
1070 Kingstown Road
Peace Dale, RI 02879-2431
(401) 789-5345
Fax: (401) 783-8880

Dated: August 23, 2005