AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

Reposa

v.

USA

APPEARANCE

CASE NUMBER: CA04-494S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

U.S.A.

I certify that I am admitted to practice in this court.

11-28-05
*Date*

Michael P. Iannotti
*Signature*

Michael P. Iannotti 2919
*Print Name* *Bar Number*

Fleet Center, 8th Fl 50 Kennedy Pl.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 709-5000 (401) 709-5017
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.