**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**CLARKE A. REPOSA, SR. (F/V DONA MARIA);**
**TODD CHAPPELL, AND REPOSA FISHERIES, INC.,**
**(F/V SISTER ALICE)**

**PLAINTIFFS**

**vs** **C.A. No: 04-494S**

**THE UNITED STATES OF AMERICA,**
**acting by and through,**

**DONALD L. EVANS, in capacity as**
**SECRETARY OF COMMERCE, and**

**CONRAD C. LAUTENBACHER, JR., in capacity as**
**UNDERSECRETARY OF COMMERCE AND**
**NOAA ADMINISTRATOR**

**DEFENDANTS**

## DISMISSAL STIPULATION

This matter having been settled by the parties, pursuant to Civ.R. 41(a)(1)(ii) and LR Cv 39.4 (a), it is agreed that same be dismissed with prejudice, no costs, no attorneys' fees.

PLAINTIFFS, by:

Leonard L. Bergersen, Esq.
Registration No. 2839
1080 Kingstown Rd, Suite 2
Peace Dale, RI 02879-2432
Tel: 789-4345
Fax: 783-8880

DEFENDANTS, by:

Michael P. Iannotti, Esq.
Registration No. 2919
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: 709-5000
Fax: 708-5017

Dated: August 29, 2006

ENTER:

William E. Smith
U.S. District Court Judge
8/30/06

PER ORDER:

Clerk